# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*RANDAL SCOT COMBS*     v.     *JOSEPH M. ARPAIO*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:05-cv-02646 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date:  April 28, 2006

    In a report at docket 6, the magistrate judge recommends that this case be dismissed without prejudice because plaintiff has failed to keep the court apprised of his address.  No objections have been filed, and upon independent review, the court finds that the recommendation is based upon a correct assessment of the facts as disclosed in the record and upon a correct application of the law.  Accordingly, the recommendation at docket 6 is accepted.  This case is hereby **DISMISSED** without prejudice.